# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD A. NOVELO,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>STU SHERMAN, Warden,<br><br>　　　　　Respondent. | Case No. CV 15-01730 CJC (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered denying the Petition and dismissing the action with prejudice.

DATED: December 4, 2015

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE