JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD A. NOVELO,<br><br>                    Petitioner,<br><br>          v.<br><br>STU SHERMAN, Warden,<br><br>                    Respondent. | Case No. CV 15-01730 CJC (AFM)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  December 4, 2015

_____
         CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE